**In re LORAZEPAM AND CLORAZE-PATE ANTITRUST LITIGATION**

**State of Connecticut, et al.,
Plaintiffs–Appellees,**

**v.**

**Mylan Laboratories, Inc., et al.,
Defendants–Appellees.**

**Federal Trade Commission,
Plaintiff–Appellee,**

**v.**

**Mylan Laboratories, Inc., et al.,
Defendants–Appellees.**

**Cathy Shirley, Ronald Weintraub, and Lillie Mae Boone, Movants–Appellants.**

**No. 02–1479.**

United States Court of Appeals,
Federal Circuit.

Oct. 10, 2002.

ORDER

On September 3, 2002, the court issued an order allowing 21 days for objections to the transfer of this appeal to be submitted. No objections have been received.

Upon consideration thereof,

IT IS ORDERED THAT:

The appeal is transferred to the United States Court of Appeals for the District of Columbia Circuit.